IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| MICHAEL BODEM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JUSTICE RESOURCE INSTITUTE, INC., a Massachusetts nonprofit corporation,<br><br>Defendant. | Case No.: 1:24-cv-11877-JEK<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

On this day, the Court considered Plaintiff Michael Bodem, individually and on behalf of all others similarly situated; Voluntary Dismissal of his claims against Defendant Justice Resource Institute, Inc. without prejudice.

IT IS HEREBY ORDERED that Plaintiff Michael Bodem, individually and on behalf of all others similarly situated; Voluntary Dismissal Without Prejudice of Defendant Justice Resource Institute, Inc. is GRANTED, and this matter is now closed.

Signed this  16th  day of  October  2024.

_____
United States District Judge

1